<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8321**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

CLARENCE J. LOMAX,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:00-cr-00406-RLW-1)

Submitted:  February 19, 2009      Decided:  February 26, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence J. Lomax, Appellant Pro Se. Michael Ronald Gill, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence J. Lomax appeals the district court's order denying the his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence pursuant to Amendments 706 and 711 of the U.S. Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Lomax, No. 3:00-cr-00406-RLW-1 (E.D. Va. Oct. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED